JULY 21, 2004

No. 04–104. UNITED STATES *v.* BOOKER. C. A. 7th Cir. Respondent is directed to file responses to petition for writ of certiorari and to motion to expedite consideration on or before 3 p.m., Wednesday, July 28, 2004.

No. 04–105. UNITED STATES *v.* FANFAN. C. A. 1st Cir. Respondent is directed to file responses to petition for writ of certiorari before judgment and to motion to expedite consideration on or before 3 p.m., Wednesday, July 28, 2004.

No. 04–5251 (04A54). BAILEY *v.* TRUE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

AUGUST 2, 2004

No. 03A965. KRONCKE *v.* HOOD ET AL. Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. 03A990. STERN *v.* UNITED STATES. Application for bail, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–2373. IN RE DISBARMENT OF WALK. Disbarment entered. [For earlier order herein, see 541 U. S. 933.]

No. D–2374. IN RE DISBARMENT OF AYENI. Disbarment entered. [For earlier order herein, see 541 U. S. 933.]

No. D–2375. IN RE DISBARMENT OF GATES. Disbarment entered. [For earlier order herein, see 541 U. S. 985.]